IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DONTAVIAN MARQUIS FOOTS**  PLAINTIFF
ADC # 180571

v.  No. 2:24-cv-105-DPM

**KOPP, C.O., Security Officer, Grimes
Unit, ADC and ARKANSAS DEPARTMENT
OF CORRECTIONS, Grimes Unit**  DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Foots hasn't filed an amended complaint; and the time to do so has passed. *Doc. 3.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 July 2024