## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**DONTAVIAN MARQUIS FOOTS**                                    **PLAINTIFF**
**ADC # 180571**

v.                              **No. 2:24-cv-105-DPM**

**KOPP, C.O., Security Officer, Grimes**
**Unit, ADC and ARKANSAS DEPARTMENT**
**OF CORRECTIONS, Grimes Unit**               **DEFENDANTS**

### JUDGMENT

Foots's complaint is dismissed without prejudice.

_____
*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*15 July 2024*